UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Sharon Finnell,  
*an individual, on behalf of herself and all*  
*statutory beneficiaries of Douglas Finnell, deceased*,

        Plaintiff,

v.

Ford Motor Company of Canada, Limited, et al.,

        Defendants.

Case No. 3:26-cv-196

ORDER

On January 23, 2026, Plaintiff Sharon Finnell filed this action, invoking the court's original diversity jurisdiction to assert Ohio law claims against the Defendants. (Doc. Nos. 1 and 3).

For a district court to have original diversity jurisdiction over a case, complete diversity must exist between the parties to the dispute. 28 U.S.C. § 1332(a). To satisfy the diversity jurisdiction requirements, the dispute must be between citizens of different states. 28 U.S.C. § 1332(a)(1). The citizenship of an individual is determined by the domicile of an individual. *See Certain Interested Underwriters at Llyod's, London, England v. Layne*, 26 F.3d 39, 41 (6th Cir. 1994) (citing *Von Dunser v. Aronoff*, 915 F.2d 1071, 1072 (6th Cir. 1990)). And "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1).

In the Complaint, Plaintiff states she "is an individual and resident of Muskingum County, Ohio," (Doc. No. 1 at 2), and states nothing to suggest her residency is not also her domicile.

Plaintiff also states, "Defendant Terry Henricks Chrysler-Plymouth-Dodge-Jeep, Inc. is an Ohio Corporation doing business in Archbold, Ohio in the County of Fulton." (*Id.* at 5).

Based on these facts stated in the Complaint, I conclude both Plaintiff and Defendant Terry Henricks Chrysler-Plymouth-Dodge-Jeep, Inc. are citizens of Ohio. And because complete diversity does not exist, I dismiss this case without prejudice for lack of subject matter jurisdiction. Fed. R. Civ. P. 12(h)(3).

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge